# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00479-CV

**Kim Blackston Clogston, Appellant**

**v.**

**Curtis P. Clogston, Appellee**

### FROM THE DISTRICT COURT OF CALDWELL COUNTY, 421ST JUDICIAL DISTRICT
### NO. 05-D-540, HONORABLE TODD A. BLOMERTH, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant Kim Blackston Clogston's brief was originally due on December 19, 2014. On February 10, 2015, this Court granted appellant's first motion for extension of time to file her brief, making the brief due March 11, 2015. Appellant has now filed a second motion for extension of time to March 25, 2015. Appellee opposes appellant's motion. We grant appellant's motion and order her to file her brief no later than March 25, 2015. No further extensions will be granted, and we will dismiss the cause for want of prosecution if appellant's brief is not timely filed as ordered.

It is ordered on March 20, 2015.

Before Justices Puryear, Pemberton, and Bourland